079381.347(207)　　　　　　　　RMC/JLF:lb　　　　　　　　#397

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **STATE AUTO PROPERTY &** **CASUALTY INSURANCE COMPANY,** | )<br>)<br>) **No. 18 C 5927** |
| **Plaintiff,** | )<br>)<br>) **Judge Kendall** |
| v. | )<br>) |
| **BELL & ARTHUR CONDOMINIUM ASSOCIATION,** an Illinois not-for-profit corporation, **MICHAEL MENTO, LISA MIJATOVIC, DRITON RAMUSHI, SELI BENKO, ALAN ALHOMSI,** and **NAWWAR ALHOMSI,** | )<br>) **Magistrate Judge Valdez**<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## PLAINTIFF'S MOTION TO ENTER JUDGMENT PURSUANT TO RULE 58(d)

Now comes the Plaintiff, State Auto Property & Casualty Insurance Company ("State Auto"), by its attorneys, Robert Marc Chemers and Jonathan L. Federman of Pretzel & Stouffer, Chartered, and pursuant to Federal Rules of Civil Procedure 58(d), moves this Honorable Court to enter judgment in State Auto's favor, and states as follows:

1. On April 14, 2020, the Court granted State Auto's Motion for Summary Judgment as to Counts I and II, holding that State Auto does not have a duty to defend the Bell & Arthur Condominium Association, Michael Mento, Lisa Mijatovic, Driton Ramushi, and Seli Benko (collectively "the Insureds") (Doc. 115).

2. On November 11, 2020, the Court granted State Auto's Motion for Summary Judgment as to Count III as to reimbursement of defense costs for $180,135.28 (Doc. 148).

3. There are no outstanding issues in this matter and State Auto asks the Court to enter judgment in State Auto's favor based on the prior rulings that State Auto does not have a duty to defend the Insureds and the Insureds must reimburse State Auto $180,135.28.

Respectfully submitted:

PRETZEL & STOUFFER, CHARTERED

By: */s/ Jonathan L. Federman*
      Jonathan L. Federman

Robert Marc Chemers | ARDC Number: 0431508
Jonathan L. Federman | ARDC Number: 6312779
PRETZEL & STOUFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone:  (312) 578-7548
Fax:         (312) 346-8242
E-mail:      rchemers@pretzelstouffer.com
             jfederman@pretzelstouffer.com
*Attorneys for Plaintiff State Auto Property*
*& Casualty Insurance Company*