# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| State Auto Property & Casualty Insurance Company, | ) ) ) | No. 18 C 5927 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Virginia M. Kendall |
| Bell & Arthur Condominium Association, et al | ) ) ) | |
| Defendant. | ) ) | |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of Plaintiff (s) State Auto Property & Casualty Insurance Company

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

☒ other: State Auto may seek reimbursement of $180,135.28 in attorneys' fees and expenses from Defendants, the amount which it is contractually owed.

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall.

Date: 11/24/2020                    Thomas G. Bruton, Clerk of Court

                                    /s/Lynn Kandziora , Deputy Clerk